ACCEPTED
03-15-00455-CV
6419258
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 10:23:03 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00455-CV

| | | |
|---|---|---|
| **SCOTT P. OGLE,** | § | **COURT OF APPEALS** |
| **Appellant,** | § | |
| | § | |
| | § | |
| **vs.** | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **MAELI HECTOR, A/K/A MAELI** | § | |
| **ARELLANO, A/K/A MAELI** | § | |
| **JOHNSON,** | § | |
| **Appellee.** | § | **STATE OF TEXAS** |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 10:23:03 AM
JEFFREY D. KYLE
Clerk

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

**COMES NOW,** Scott P. Ogle, Appellant herein, requesting a forty-five (45) day extension to file his Appellant's Brief.

Appellant seeks a forty-five (45) day extension. In the past thirty (30) days, Appellant has prepared for several pretrials/trials, tried two cases, attended several depositions, and prepared for two cases set for trial in the next two (2) weeks. While significant time has been spent on this brief, Appellant respectfully requests a forty-five (45) day extension so that justice may be done.

FILED
*September 25, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Respectfully submitted,

LAW OFFICE OF SCOTT OGLE

By: _/s/_Scott Ogle
Scott Ogle
State Bar No. 00797170
2028 W. Ben White Blvd.
Austin, Texas 78704
Telephone: (512) 442-8833
Facsimile: (512) 442-3256
soglelaw@peoplepc.com

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with opposing counsel and opposing counsel has not agreed to this Motion.

_/s/Scott Ogle
Scott Ogle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this the 10th day of August, 2015.

Paul Batrice
Law Office of Paul Batrice
1114 Lost Creek Blvd., Suite 440
Austin, Texas 78746
Via email:  paul@batricelawfirm.com
Via facsimile:  (512) 600-0217

_/s/Scott Ogle
Scott Ogle